*E-filed 05/22/2009*

1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6  Telephone: (415) 436-7124
    FAX: (415) 436-7169
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

| | |
|---|---|
| 12  GEURG KHOURI, | ) |
|     | ) No. C 09-1185 HRL |
| 13           Plaintiff, | ) |
|     | ) |
| 14           v. | ) **PARTIES' CONSENT TO MAGISTRATE** |
|     | ) **JUDGE JURISDICTION; STIPULATION** |
| 15  ROBERT S. MUELLER, III, Director of | ) **TO EXTEND DATES; AND [PROPOSED]** |
|     Federal Bureau of Investigations; | ) **ORDER** |
| 16  JANET NAPOLITANO, Secretary of the | ) |
|     Department of Homeland Security; | ) |
| 17  MICHAEL AYTES, Acting Deputy Director of | ) |
|     U.S. Citizenship and Immigration Services; | ) |
| 18  ROSEMARY MELVILLE, District Director | ) |
|     of USCIS San Francisco; | ) |
| 19  CAROL KELLER, Field Office Director of | ) |
|     USCIS San Francisco, CA, | ) |
| 20  | ) |
|              Defendants. | ) |
| 21  | ) |

22       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

23  and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

24  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

25  final judgment.

26       Additionally, the parties hereby stipulate, subject to the approval of the Court, to a 60-day

27  extension of Defendants' answer.  The Plaintiff terminated the May 8, 2009 interview on his

28  adjustment of status application, and USCIS has requested an additional interview on Plaintiff's

1  adjustment of status application.  Defendants will file their response on or about July 20, 2009.

2  Date: May ____, 2009                                           Respectfully submitted,

3                                                                                 JOSEPH P. RUSSONIELLO
                                                                                   United States Attorney
4

5                                                                                 _____
6                                                                                 ILA C. DEISS[1]
                                                                                   Assistant United States Attorney
                                                                                   Attorneys for Defendants
7

8                                                                                 _____
9  Date: May ___, 2009                                           BERNADETTE W. CONNOLLY
                                                                                   Attorney for Plaintiff
10

11                                              **ORDER**

12         Pursuant to stipulation, IT IS SO ORDERED.

13  Date:  May 22, 2009
                                                                                   _____
14                                                                                 HOWARD R. LLOYD
                                                                                   United States Magistrate Judge
15

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend
C09-1185 HRL                                    2