| | |
|---|---|
| JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7124<br>FAX: (415) 436-7169 | ** E-filed July 24, 2009 ** |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GEURG KHOURI, )
                        Plaintiff, )   No. C 09-1185 HRL
)
                v. )   **SECOND STIPULATION TO EXTEND DATES and [PROPOSED] ORDER**
)
ROBERT S. MUELLER, III, Director of )
Federal Bureau of Investigations; )
JANET NAPOLITANO, Secretary of the )
Department of Homeland Security; )
MICHAEL AYTES, Acting Deputy Director of )
U.S. Citizenship and Immigration Services; )
ROSEMARY MELVILLE, District Director )
of USCIS San Francisco; )
CAROL KELLER, Field Office Director of )
USCIS San Francisco, CA, )
)
                        Defendants. )
)

    The parties hereby stipulate, subject to the approval of the Court, to a 30-day extension of Defendants' answer. On June 10, 2009, the USCIS issued a Notice of Intent to Deny to Plaintiff, and Plaintiff's response to the Notice is being reviewed. Therefore, the Defendants will file their response on or about August 20, 2009. If the parties resolve the case administratively, the parties will submit a stipulation to dismiss.

///

Second Stipulation to Extend
C09-1185 HRL                    1

| | |
|---|---|
| 1  Date: July 22, 2009 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | _____/s/_____<br>ILA C. DEISS[1] |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |
| 8  Date: July 22, 2009 | _____/s/_____<br>BERNADETTE W. CONNOLLY<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 24, 2009

_____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Second Stipulation to Extend
C09-1185 HRL                                2