\*\* **E-filed August 5, 2009** \*\*

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 GEURG KHOURI,                         )
                                         ) No. C 09-1185 HRL
13         Plaintiff,                    )
                                         )
14         v.                            ) **STIPULATION TO DISMISS AND**
                                         ) [PROPOSED] **ORDER**
15 ROBERT S. MUELLER, III, Director of   )
   Federal Bureau of Investigations;     )
16 JANET NAPOLITANO, Secretary of the    )
   Department of Homeland Security;      )
17 MICHAEL AYTES, Acting Deputy Director of )
   U.S. Citizenship and Immigration Services; )
18 ROSEMARY MELVILLE, District Director  )
   of USCIS San Francisco;               )
19 CAROL KELLER, Field Office Director of )
   USCIS San Francisco, CA,              )
20                                       )
           Defendants.                   )
21 _____)

22   Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485) on July 31, 2009.

25 ///

26 ///

27 ///

28
   Stipulation to Dismiss
   C09-1185 HRL                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: August 4, 2009                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 |                                                    /s/
6 | ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7 |

8 |
                                                     /s/
9 | Date: August 3, 2009                    BERNADETTE W. CONNOLLY
Attorney for Plaintiff

10 |

11 |                          **ORDER**

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 | Date:  August 5, 2009

14 |                                        HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-1185 HRL                           2